UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                                                                     CASE NO.: 1:23-cv-21794-CMA

HAPPY CORNER HOSPITALITY GROUP LLC
a Florida Limited Liability Company
d/b/a MOTEK AVENTURA

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, HAPPY CORNER HOSPITALITY GROUP LLC, a Florida Limited Liability Company, d/b/a MOTEK AVENTURA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Registered Agent via US Mail:

HAPPY CORNER HOSPITALITY GROUP LLC
c/o MORALES, GOLDSTEIN, & BARDUCCI, PLLC
150 SE 2ND AVE
805
MIAMI, FL 33131

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQ.
Florida Bar No.: 1010423
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com
**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459